**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTOPHER PIERCE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No. CIV-05-0997-F |
| | ) |
| RAY ROBERTS, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

    This action seeks habeas relief under 28 U.S.C. § 2254.  Petitioner appears pro se.  Magistrate Judge Bana Roberts' Report and Recommendation of September 9, 2005 recommends summary dismissal of this action (Report, doc. no. 5).  The Report advised petitioner of his right to file an objection to the Report.  The Report further advised that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues contained in the Report.  Petitioner has not objected to the Report and has not sought a request for an extension of time within which to object.

    After careful study of the Report, the record, and the relevant authorities, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or any analysis, here.

Accordingly, the Report and Recommendation of Magistrate Judge Bana Roberts is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the Report, the petition is **DISMISSED**.

Dated this 13th day of October, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0997p001(pub).wpd